[81 NE3d 379, 58 NYS3d 896]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDREW SMART, Appellant.

Decided June 29, 2017

### APPEARANCES OF COUNSEL

*Lynn W.L. Fahey, Appellate Advocates*, New York City (*David P. Greenberg* of counsel), for appellant.

*Eric Gonzalez, Acting District Attorney*, Brooklyn (*Jill Oziemblewski* of counsel), for respondent.

### OPINION OF THE COURT

MEMORANDUM.

The order of the Appellate Division should be affirmed. The record supports the Appellate Division's finding that the challenged lineup was not unduly suggestive. Accordingly, defendant's claim is beyond our further review (*People v McBride*, 14 NY3d 440, 448 [2010] [citation omitted]).

Chief Judge DiFIORE and Judges RIVERA, STEIN, FAHEY, GARCIA and WILSON concur; Judge FEINMAN taking no part.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, in a memorandum.